JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0274 WHA |
|     Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 24, 2009, TO APRIL 14, 2009 |
| DANIEL ACEVEDO-UC, ) | |
|    a/k/a Daniel Eduardo Acevedo, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable William H. Alsup on March 24, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 24, 2009, to April 14, 2009, in light of the need for defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 24, 2009, to April 14, 2009, outweigh the best interest of the

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

   3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 24, 2009, to April 14, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

  IT IS SO STIPULATED.

DATED: March 24, 2009

          /s/
         RITA BOSWORTH
         Counsel for Daniel Acevedo-Uc

DATED: March 24, 2009

         /s/
         DARYL T. EREMIN
         Special Assistant United States Attorney

  IT IS SO ORDERED.

DATED: March 26, 2009

*IT IS SO ORDERED — Judge William Alsup*

         THE HON. WILLIAM H. ALSUP
         United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA       2