JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0274 WHA |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 19, 2009, TO JULY 7, 2009 |
| DANIEL ACEVEDO-UC, ) | |
|    a/k/a Daniel Eduardo Acevedo, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable William H. Alsup on May 19, 2009. With the agreement of counsel for both parties and the defendant, the Court referred the defendant to U.S. Probation for completion of a pre-plea presentence report. The Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 19, 2009, to July 7, 2009, in light of the need for defendant's counsel to review the information in the pre-plea presentence report, which will be completed within the next several weeks. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA

due diligence and the need for counsel to review the information contained in the pre-plea presentence report with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 19, 2009, to July 7, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 19, 2009, to July 7, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 19, 2009

/s/
RITA BOSWORTH
Counsel for Daniel Acevedo-Uc

DATED: May 19, 2009

/s/
DARYL T. SREMAN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 21, 2009



Judge William Alsup
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA                    2