JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
  450 Golden Gate Avenue
  San Francisco, California 94102
  Telephone: (415) 522-6031
  Facsimile: (415) 436-7234
  E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0274 WHA |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 7, 2009, TO JULY 20, 2009 |
| DANIEL ACEVEDO-UC, ) a/k/a Daniel Eduardo Acevedo, ) | |
| Defendant. ) | |

　　　　The parties appeared before the Honorable William H. Alsup on July 7, 2009. With the agreement of counsel for both parties and the defendant, the Court referred the defendant to U.S. Probation for completion of a pre-plea presentence report. The Court found and held as follows:

　　　　1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 7, 2009, to July 20, 2009, in light of the defendant's desire to retain new counsel. Failure to grant the requested continuance would unreasonably deny the defendant reasonable time to obtain counsel and deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

　　　　2. Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA

excluding the period from July 7, 2009, to July 20, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 7, 2009, to July 20, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 9, 2009

    /s/
RITA BOSWORTH
Counsel for Daniel Acevedo-Uc

DATED: July 9, 2009

    /s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 10, 2009



THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA    2