```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 522-6031
    Facsimile: (415) 436-7234
    E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0274 WHA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER AND |
| ) | STIPULATION EXCLUDING TIME |
| DANIEL ACEVEDO-UC, ) | FROM JULY 20, 2009, TO AUGUST 3, |
| a/k/a Daniel Eduardo Acevedo, ) | 2009 |
| ) | |
| Defendant. ) | |
| ) | |

The parties appeared before the Honorable William H. Alsup on July 20, 2009. The Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 20, 2009, to August 3, 2009, as the defendant continues to pursue the retention of new counsel. Failure to grant the requested continuance would unreasonably deny the defendant reasonable time to obtain counsel and deny the defendant continuity of counsel. 18 U.S.C. § 3161(ह)(7)(B)(iv).

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 20, 2009, to August 3, 2009, outweigh the best interest of the

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

   3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from July 20, 2009, to August 3, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   IT IS SO STIPULATED.

DATED: July 20, 2009

              /s/
              RITA BOSWORTH
              Counsel for Daniel Acevedo-Uc

DATED: July 20, 2009

              /s/
              DARYL T. EREMIN
              Special Assistant United States Attorney

   IT IS SO ORDERED.

DATED: July 24, 2009

              THE HON. WILLIAM H. ALSUP
              United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0274 WHA    2